**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**PAMBELA CARTER,**

**Plaintiff,**

**v.** **CASE NO.**

**WINN-DIXIE STORES, INC.,**
**LARRY CLARK CORPORATE**
**CLEANING GROUP,**

**Defendants.**
______________________________________/

**WINN-DIXIE STORES, INC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, WINN-DIXIE STORES, INC. ("WINN-DIXIE" or "Defendant"), by and through its undersigned attorney, hereby gives notice that the civil action currently pending in the County Court of the Fifth Judicial Circuit in and for Marion County, Florida, styled as *Pambela Carter v. Winn-Dixie Stores, Inc., Larry Clark Corporate Cleaning Group*, Case No. 21SC000580AX, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

1. Pursuant to 28 U.S.C. § 1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon WINN-DIXIE are attached as Exhibit A.

2. The Complaint in the above action was filed on February 7, 2021. An Amended Complaint was thereafter filed on February 9, 2021. WINN-DIXIE received service of the Summons and Amended Complaint on February 12, 2021. In compliance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days of WINN-DIXIE ascertaining that this case is removable.

3. WINN-DIXIE seeks removal under 28 U.S.C. § 1441 as the Amended Complaint asserts claims involving federal questions for which this Court has original jurisdiction under 28 U.S.C. § 1331. In particular, Plaintiff alleges that WINN-DIXIE violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq*.

4. Further, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a). As alleged, Plaintiff's state law claims form part of the same case or controversy over the claims for which this Court has original jurisdiction.

5. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed action has been pending.

6. As of the date of this filing, WINN-DIXIE is the only defendant that has been served by Plaintiff.

7. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing of this Notice of Removal, WINN-DIXIE's Notice of Removal has been served upon attorneys for Plaintiff, Jason Tenenbaum, Felicetti Law Firm, PLLC, 1600 Ponce De Leon Blvd., Suite 1201, Coral Gables, Florida 33134.

WHEREFORE, WINN-DIXIE requests this action currently pending in the Superior Court for the County Court of the Fifth Judicial Circuit in and for Marion County, Florida be removed to the United States District Court for the Middle District of Florida, Ocala Division.

Respectfully submitted,

/s/ David S. Shankman
David S. Shankman (FBN)
Florida Bar Number: 0940186
dshankman@shankmanleone.com
Michael R. Willats (FBN)
Florida Bar Number: 0121270
mwillats@shankmanleone.com
SHANKMAN LEONE, P.A.
707 N. Franklin Street
Fifth Floor
Tampa, FL 33602
Telephone: (813) 223-1099
Fax: (813) 223-1055

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of March, 2021, I filed a true and correct copy of the foregoing with the CM/ECF System and served, via electronic mail, a true and correct copy of the foregoing on the following:

Jason Tenenbaum
Felicetti Law Firm, PLLC
1600 Ponce De Leon Blvd, Suite 1201
Coral Gables, FL 33134
Jason@felicettilawfirm.com

/s/ Michael R. Willats
Attorney for Defendant