UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT
OF FLORIDA

PAMBELA CARTER,
        Plaintiff,                              Case No.: 5:21-cv-00152-JSM-PRL

vs.

LARRY CLARK and
CORPORATE CLEANING
SERVICES, LLC,
        Defendants
_____/

## NOTICE OF MOTION

COMES NOW, Jason Tenenbaum, one of the attorneys with the Felicetti Law Firm, PLLC, counsel for Plaintiff, and filed with the Court herein is the declaration of Jason Tenenbaum, the exhibits annexed hereto, and hereby moves pursuant to Fed. R. Civ. Pro 15(a)(2) to amend the complaint at a term of the Middle District of Florida at the courthouse, located at 207 Northwest Second Street Ocala, Florida 34475 at a time to be determined by thus Court.

Dated: June 18, 2021

                                                                                  Yours, etc.
                                                                                  ***/s/ Jason Tenenbaum***
                                                                                  By: Jason Tenenbaum. Esq.
                                                                                  Florida Bar Number: 0670200
                                                                                  Felicetti Law Firm, PLLC
                                                                                  1600 Ponce De Leon Blvd. Suite 807
                                                                                  Coral Gables, FL 33134
                                                                                  (305) 998-7000
                                                                                  Email: Jason@felicettilawfirm.com