UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PAMBELA CARTER, individually**

    **Plaintiff,**

v.                                            Case No: 5:21-cv-152-JSM-PRL

**LARRY CLARK,**

    **Defendant.**

### ORDER

A review of the docket in this case reveals that Plaintiff filed a document entitled "Writ of Garnishment" (Doc. 39) that appears to be a proposed writ of garnishment, although the proposed writ was not accompanied by a motion requesting relief. Meanwhile, the proposed garnishee, Winn Dixie Stores, Inc., has filed an Answer (Doc. 40) stating that it is not indebted to the judgment debtor.

Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Plaintiff is advised that any future requests for issuance of writs of garnishment should be properly presented in the form of a motion and should comply with the Local Rules, the Federal Rules of Civil Procedure, and Chapter 77 of the Florida Statutes. To the extent that Plaintiff's filing (Doc. 39) can be construed as a motion for issuance of a writ of garnishment, it is due to be denied as moot.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on July 21, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties